UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAVAGE LOGISTICS, LLC, a Washington limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SAVAGE COMPANIES, a Utah Corporation, SAVAGE SERVICES CORP., a Utah Corporation,<br><br>　　　　Defendants. | No. 4:15-cv-05015-SAB<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice, ECF No. 85. The parties stipulate that all of the claims that were asserted or could have been asserted in this case be dismissed with prejudice pursuant to Fed. R. C. P. 41(a).

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Stipulation of Voluntary Dismissal With Prejudice, ECF No. 85, is **GRANTED**.

　　2. All the claims that were asserted or could have been asserted in the above-captioned case are dismissed, with prejudice, and without fees, costs, or expenses being awarded to any party.

///

**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 26th day of October, 2016.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2**